MEYER SHAIER, Respondent, *v.* THE BROADWAY IMPROVEMENT COMPANY, Appellant.

*Shaier* v. *Broadway Improvement Co.*, 22 App. Div. 102, affirmed.
(Argued March 28, 1900; decided April 17, 1900.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered November 23, 1897, affirming a judgment in favor of plaintiff entered upon a verdict.

*Charles C. Nadal* for appellant.

*Francis L. Wellman* and *Sumner B. Stiles* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: PARKER, Ch. J., GRAY, O'BRIEN, HAIGHT, LANDON, CULLEN and WERNER, JJ.